IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02844-REB-MEH

WADE A. WILLIAMS,

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC
ENCORE CAPITAL GROUP, INC., and
E*TRADE BANK

        Defendants.

---

## DEFENDANTS MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

COME NOW the Defendants, Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc., (the "Defendants") by and through their counsel, Adam L. Plotkin, P.C., and hereby responds to Plaintiff's Amended Complaint ("Plaintiff's Complaint") as follows:

1.      The allegations contained in Paragraph No. 1 of Plaintiff's Complaint do not call for an affirmative response, and accordingly, Defendants deny the same.

2.      The allegations contained in Paragraph No. 2 of Plaintiff's Complaint are legal conclusions and do not call for an affirmative response, and accordingly, Defendants deny the same.

3.      Defendants admit that venue is proper. Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining

allegations contained in Paragraph No. 3 of Plaintiff's Complaint and accordingly deny same.

4.     Defendants deny the allegations contained in Paragraph No. 4 of Plaintiff's Complaint.

5.     Defendants admit that Plaintiff is a natural person.  Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 5 of Plaintiff's Complaint and accordingly denies same.

6.     The allegations contained in Paragraph Nos. 6-8 of Plaintiff's Complaint are legal conclusions and do not call for an affirmative response, and accordingly, Defendants deny the same.

7.     Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 9 of Plaintiff's Complaint as they reference a co-Defendant and accordingly deny same.

8.     Defendants deny the allegations contained in Paragraph No. 10 of Plaintiff's Complaint.

9.     Defendants cannot know when Plaintiff received a piece of mail.  As such, Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 11 of Plaintiff's Complaint and accordingly denies same.

10.     Defendants deny the allegations contained in Paragraph Nos. 12-13 of Plaintiff's Complaint.

11.     Defendants cannot know when Plaintiff reviewed his credit report.   As such, Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph Nos. 14 and 17 of Plaintiff's Complaint and accordingly denies same.

12.     Defendants cannot know what action Plaintiff took with the credit reporting agencies.   As such, Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 15 of Plaintiff's Complaint and accordingly denies same.

13.     Defendants admit the allegations contained in Paragraph Nos. 16 and 18 of Plaintiff's Complaint.

14.     The allegations contained in Paragraph Nos. 19-21 of Plaintiff's Complaint do not call for an affirmative response, and accordingly, Defendants deny the same.

15.     Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 22 of Plaintiff's Complaint and accordingly denies same.

16.     The allegations contained in Paragraph Nos. 23-25 of Plaintiff's Complaint do not call for an affirmative response, and accordingly, Defendants deny the same.

17.     Defendants deny the allegations contained in Paragraph No. 26 of Plaintiff's Complaint.

18.     Defendants repeat and reallege their responses to Paragraph Nos. 1-26 of Plaintiff's Complaint as though fully set forth herein.

19.     The allegations contained in Paragraph Nos. 28-29 of Plaintiff's Complaint are legal conclusions and do not call for an affirmative response, and accordingly, Defendants deny the same.

20.     Defendants deny the allegations contained in Paragraph No. 30 of Plaintiff's Complaint including all of its subparts.

21.     Defendants repeat and reallege their responses to Paragraph Nos. 1-30 of Plaintiff's Complaint as though fully set forth herein.

22.     The allegations contained in Paragraph Nos. 32-33 of Plaintiff's Complaint are legal conclusions and do not call for an affirmative response, and accordingly, Defendants deny the same.

23.     Defendants deny the allegations contained in Paragraph No. 34 of Plaintiff's Complaint including all of Paragraph No. 34's subparts.

24.     Defendants repeat and reallege their responses to Paragraph Nos. 1-34 of Plaintiff's Complaint as though fully set forth herein.

25.     The allegations contained in Paragraph Nos. 36-37 of Plaintiff's Complaint are legal conclusions and do not call for an affirmative response, and accordingly, Defendants deny the same.

26.     Defendants deny the allegations contained in Paragraph No. 38 of Plaintiff's Complaint including all of Paragraph No. 38's subparts.

27.     Defendants repeat and reallege their responses to Paragraph Nos. 1-38 of Plaintiff's Complaint as though fully set forth herein.

28.     The allegations contained in Paragraph No. 40 of Plaintiff's Complaint are legal conclusions and do not call for an affirmative response, and accordingly, Defendants deny the same.

29.     Defendants deny the allegations contained in Paragraph Nos. 41-42 of Plaintiff's Complaint.

30.     Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph Nos. 43-49 of Plaintiff's Complaint and accordingly denies same.

31.     Defendants deny the allegations contained in Paragraph No. 50 of Plaintiff's Complaint.

32.     Defendants deny the allegations contained in the Request for Relief of Plaintiff's Complaint.

33.     Defendants rely upon Plaintiff's jury demand as reflected in Demand for Jury Trial in Plaintiff's Complaint.

34.     Any allegation of Plaintiff's Complaint not specifically admitted herein is denied.

## **AFFIRMATIVE DEFENSES**

1.     Plaintiff has failed to state any claims upon which relief may be granted.

2.     Plaintiff has not suffered any damages.

3.     To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

4.      To the extent that the jury may find any violations of the Fair Debt Collection Practices Act, such alleged violations being expressly denied by Defendant, liability for any such alleged violations is barred by 15 U.S.C. §1692k(c).

5.      Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

6.      Pursuant to Section 615(c) of the Fair Credit Reporting Act, Plaintiff's claims are barred, in whole or in part, by Defendant's reasonable procedures to assure compliance with the Fair Credit Reporting Act.

WHEREFORE, Defendants respectfully pray that Plaintiff's Complaint be dismissed with prejudice in its entirety, that Defendants be awarded their reasonable attorneys' fees and costs incurred to date in defending this action and for such other and further relief as this Court deems proper.

Respectfully submitted this 5th day of December, 2012.

ADAM L. PLOTKIN, P.C.


s/ Joseph J. Lico, Esq.
**Joseph J. Lico, Esq.**
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 302-6864
FAX: (303) 296-3544
E-mail: jlico@alp-pc.com
Attorneys for Defendants

**<u>Certificate of Service</u>**

I hereby certify that on December 5, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy to the following address first class postage prepaid:

Wade A. Williams
13843 Fairfax Street
Thornton, CO  80602

By:     /s/ Joseph J. Lico
        Joseph J. Lico, Esq.