IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02844-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

MIDLAND FUNDING LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 2, 2013.**

    Plaintiff's Motion for Enlargement of Time to Hold a Pre-Scheduling Conference Meeting [filed December 26, 2012; docket #8] is **denied**.  In accordance with this Court's November 7, 2012 order, the parties shall meet and cooperate in filing a proposed scheduling order on or before January 8, 2013.

    The parties are reminded of their obligations to comply with D.C. Colo. LCivR 7.1A; failure to do so may result in this Court striking or denying without prejudice a non-compliant motion.