**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv–02844-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC.,
ENCORE CAPITAL GROUP, INC., and
E*TRADE BANK,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT E*TRADE BANK, ONLY

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal Without Prejudice** [#9][1] filed December 27, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant E*Trade Bank should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#9] filed December 27, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant E*Trade Bank are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and costs; and

      3.  That defendant E*Trade Bank is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated January 3, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge