IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02844-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

MIDLAND FUNDING LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

## MINUTE ORDER SCHEDULING EVIDENTIARY HEARING

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2013.**

    Before the Court is Defendants' Motion for Summary Judgment [docket #21]. The Plaintiff and counsel for the Defendants are directed to appear before the Court for an evidentiary hearing regarding the motion on Tuesday, **August 13, 2013, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The Plaintiff and counsel should be prepared to present any evidence they deem necessary pursuant to Fed. R. Civ. P. 56, including testimony from witnesses presented to the Court in the form of affidavits/declarations. Specifically, the Court will have questions for John Moreno based upon the declaration he has provided.

    The following procedures for the evidentiary hearing supplement the Federal Rules of Civil Procedure and the Local Rules of this court.

    1. <u>Exhibit lists.</u> The parties shall exchange their pre-marked exhibits at least five (5) days before the date set for the hearing. Plaintiff shall use numbers and Defendant shall use letters.

    2. <u>Exhibit notebooks.</u> Each party (or "joint" parties represented by counsel) shall prepare an exhibit notebook (the parties may use spiral-binding) containing exhibits, properly marked and tabbed, with pages of each exhibit numbered. These notebooks shall be provided to the court, the courtroom deputy, opposing counsel and to the witness (where relevant). Exhibits with more than one page shall have each page numbered.

    3. <u>Joint exhibits.</u> Prior to the evidentiary hearing, the parties shall agree upon joint exhibits to avoid duplication, and shall stipulate to the authenticity and admissibility of as many exhibits as possible. Joint exhibits shall be included in separate notebooks prepared by Plaintiff. Joint exhibits shall be numbered "JE-1, JE-2" etc.

2

       4.  Witness lists.  At the commencement of the evidentiary hearing, counsel shall provide opposing counsel and the court with a witness list.

       5.  Deposition testimony.  Counsel shall advise each other of proposed deposition testimony by page and line reference **at least five days** before the evidentiary hearing so that opposing counsel can prepare objections and offer additional portions of the transcript.  The proposing party must provide a person to read the deposition responses (unless the deposition has been videotaped).

       6.  Special accommodations.  **Five days before** the hearing, counsel shall notify my courtroom deputy, Cathy Pearson, at 303.335.2089 of any need for special accommodations for any attorney, party or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic presentation of evidence.