IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02844-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

MIDLAND FUNDING LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2013.**

    The Notice of Settlement filed by the parties [docket #33] is **approved**. The parties shall file dismissal papers with the Court **on or before August 30, 2013**.

    The evidentiary hearing currently scheduled for August 19, 2013 is **vacated**.

    Defendants' pending Motion for Leave for Defendants' Witness to Appear by Telephone at Evidentiary Hearing [filed August 1, 2013; docket #31] and Motion for Summary Judgment [filed June 7, 2013; docket #21] are **denied as moot**.