IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 12-cv-02844-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

MIDLAND FUNDING LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Stipulation of Dismissal with Prejudice filed by the Plaintiff [docket #39] is brought pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), but the Plaintiff fails to comply with such rule, which requires signatures "by all parties who have appeared." However, construing the *pro se* Plaintiff's filings liberally, the Court construes the document as a motion pursuant to Fed. R. Civ. P. 41(a)(2). Finding Plaintiff's request proper, the matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated at Denver, Colorado this 1st day of October, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge